# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D20-2203
_____

M.H., Father of H.A., Minor
Child,

     Appellant,

     v.

DEPARTMENT OF CHILDREN AND
FAMILIES,

     Appellee.

_____

On appeal from the Circuit Court for Leon County.
Jonathan Sjostrom, Judge.

September 10, 2020

PER CURIAM.

DISMISSED. *See* Fla. R. App. P. 9.110(l). The order under review is not a final judgment as to termination of Appellant's parental rights. This dismissal is without prejudice to Appellant refiling when, and if, judgment becomes final.

MAKAR, KELSEY, and M.K. THOMAS, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____


O. Dawn Talley of Harrison & Talley, Tallahassee, for Appellant.

Sarah J. Rumph, Appellate Counsel, Tallahassee, for Appellee Department of Children and Families; Thomasina F. Moore, Statewide Director of Appeals and Laura J. Lee, Senior Attorney, Statewide Guardian ad Litem Office, Tallahassee, for Appellee Guardian ad Litem.